# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00165-CR

**Shawn David McCulley, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF LAMPASAS COUNTY, 27TH JUDICIAL DISTRICT
### NO. 7062, HONORABLE JOE CARROLL, JUDGE PRESIDING

**PER CURIAM**

Shawn David McCulley perfected an appeal from his conviction for arson. *See* Tex. R. App. P. 25.2(c). The clerk's fee has not been paid and the clerk's record has not been filed. *See* Tex. R. App. P. 35.3(a). The Court notified appellant's attorney that the appeal would be dismissed if the clerk's record was not paid for by May 31. The Court received no response to this notice and payment has not been made. The appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b).

Before Justices Kidd, B. A. Smith and Puryear

Dismissed for Want of Prosecution

Filed: June 14, 2001

Do Not Publish